UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22437-CV-KING

"ESOTERIC," an Oregon
Limited Liability Company,

    Plaintiff,

v.

One (1) 2000 Eighty-five foot Azimut
Motor Yacht named the M/V STAR ONE,
Including her motor, apparel, tackle, appurtenances,
etc., *in rem*, NICHOLAS ESTRELLA, her owner,
*in personam*, FEDERAL INSURANCE COMPANY,
her insurer, *in personam*,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE comes before the Court *sua sponte*. Plaintiff filed this case August 17, 2009 (DE #1). After several months of motion practice by the parties to this action, this Court entered a Scheduling Order (DE #14) on October 15, 2009. In that Order, this Court directed the parties to file a pretrial stipulation by July 30, 2010. The Order further scheduled the final pretrial conference for August 6, 2010.[1]

Not one of the parties to this action filed a pretrial stipulation in compliance with this Court's Order. Plaintiff failed to file any document responsive to the Scheduling Order, while Defendant Nicholas Estrella instead filed a Motion for Enlargement of Pre-Trial and Trial Deadlines (DE #73) on July 30, 2010. In its motion, Defendant claimed that it had obtained

---

[1] As to Defendant Federal Insurance Company only, this matter was stayed by Order of this Court (DE # 64) on June 24, 2010 pending adjudication of cases now before the Eleventh Circuit on the extent of insurance coverage.

1

counsel only one day before the date on which the pretrial stipulation was due,[2] (DE #73 ¶6); that the matter had been stayed as it pertained to another Defendant, Federal Insurance Company (DE #73 ¶5); that Defendant Estrella would request permission to present expert testimony, although the deadline for such testimony had admittedly passed (DE #73 ¶8); and lastly, that his request for a continuance was the first requested by either party to this action (DE #73 ¶13)

The Court finds that the parties' – and particularly Plaintiff's – failure to comply with this Court's October 15, 2009 Scheduling Order is grounds for dismissal of this action. Under Local Rules 16.1(E), "it shall be the duty of counsel to see that the pretrial stipulation is drawn, executed by counsel for all parties, and filed with the Court no later than five days prior to pretrial conference." Even in the event that counsel cannot agree on a joint stipulation, Local Rule 16.1(F) provide that "each counsel shall file and serve separate proposed pretrial stipulations not later than five days prior to the pretrial conference," which in this instance would have been by July 30, 2010 at the latest. Because no party to this action complied with either the Court's Scheduling Order or the Local Rules promulgated by the Southern District of Florida, this action will be dismissed.

As a final matter, Plaintiff's failure to comply with this Court's Scheduling Order and the resulting dismissal of its Complaint necessarily dissolves the underlying action as to Federal. No matter can proceed against Federal where the complaint upon which a claim has been filed has

---

[2] This Court notes that this is an inadequate basis for continuation in general, as counsel takes a case in the procedural posture in which it finds it. Moreover, here it is even more appropriate where Houck Anderson P.A. has represented Defendant Federal since first filing a Motion to Dismiss (DE #3) on Federal's behalf on September 24, 2009. While Defendant Estrella was initially represented by Coffey Burlington, (DE #9), as of July 29, 2010 Estrella has now hired Houck Anderson P.A. as its own counsel, as well. Houck Anderson P.A. has therefore long been involved in this matter. Perhaps more clearly here than in many other cases, Defendant Estrella cannot now gain a continuance as a result of its recent decision to hire new counsel; certainly not where its newly-chosen counsel represented a co-Defendant and is well-advised of all material facts at issue.

[3] This justification for continuance is also baseless. This Court requires appropriate reasons to continue a trial that has been docketed for nearly a year. (DE #14). A party cannot support a continuance with the excuse that it has never asked for one before. Instead, the party must have a valid and well-reasoned basis. No such basis exists here.

been dismissed.

Therefore, since Plaintiff has failed to follow this Court's Scheduling Order in refusing to file a pretrial stipulation by July 30, 2010, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The above-styled action be, and the same is, hereby **DISMISSED** for failure to comply with an order of this Court, without prejudice to Plaintiff's right to re-file the case under a new case assignment and new case number.

2. The stay ordered by this Court (DE #64) as to Defendant Federal Insurance Company is **VACATED**.

3. All pretrial dates set in the Scheduling Order (DE #29) are **CANCELLED**.

4. All pending motions are **DENIED** as **MOOT**.

5. The Clerk shall **CLOSE** this case as to all defendants.

6. If the case is subsequently re-filed, the attorney for Plaintiff shall notice the Clerk of Court of this order of dismissal so that the Clerk will assign the newly-filed case to the division of the undersigned Judge in accordance with the local rules pertaining thereto.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 2d day of August, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:
**Counsel for Plaintiff**

David Paul Horan
Horan & Wallace
608 Whitehead Street
Key West , FL 33040-6549
305-294-4585
Fax: 294-7822
Email: dph@horan-wallace.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**Counsel for Defendants**
Andrew Warren Anderson
Houck Anderson PA
200 S Biscayne Boulevard
Suite 300
Miami , FL 33131-5308
305-372-9044
Fax: 372-5044
Email: aanderson@houckanderson.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Michelle Otero Valdes
Houck Anderson P.A.
200 S Biscayne Boulevard
Suite 300
Miami , FL 33131-2332
305-372-9044
Fax: 372-5044
Email: motero@houckanderson.com
ATTORNEY TO BE NOTICED

Ryon Lyndon Little
Houck Anderson PA
200 S Biscayne Boulevard
Suite 300
Miami , FL 33131-5308
305-372-9044
Fax: 305-372-5044
Email: rlittle@houckanderson.com
ATTORNEY TO BE NOTICED